

# Fourth Court of Appeals
## San Antonio, Texas

June 18, 2021

No. 04-21-00150-CV

**IN THE ESTATE OF MARIA LUISA AGUILAR**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2020PB5000085-L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

On April 16, 2021, Appellant Roberto Aguilar, Jr. filed a notice of appeal in the underlying probate action. The notice of appeal does not state which order by the trial court the appellant intends to appeal. Appellee Karla Belen Garcia, dependent administratrix of the estate, has filed a motion to dismiss the appeal for lack of jurisdiction. She asserts that appellant is appealing from the trial court's order of February 19, 2021, which ordered the sale of real property in the probate case. She asserts that appellant did not timely file a motion for new trial related to this order. Therefore, she argues appellant's notice of appeal was due to be filed on March 22, 2021, but was not filed until April 16, 2021. TEX. R. APP. P. 26.1(a). Therefore, she argues because appellant did not timely file a notice of appeal, we lack jurisdiction over this appeal.

We ORDER Appellant Roberto Aguilar, Jr. to show cause in writing by **July 6, 2021** why this appeal should not be dismissed for lack of jurisdiction. We suspend all appellate deadlines pending our determination of whether we have jurisdiction over this appeal.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of June, 2021.

_____
Michael A. Cruz,
Clerk of Court